1 | Alexandra B. M<sup>c</sup>Leod
Nevada Bar No. 8185
2 | BRADY, VORWERCK, RYDER & CASPINO
2795 East Desert Inn Road, Suite 200
3 | Las Vegas, Nevada 89121
Tel:  (702) 697-6500
4 | Fax:  (702) 697-6505

5 | Attorneys for Defendant, Ralphs Grocery Store dba Food 4 Less

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| PHYLICIA JOHNSON, | Case No. 2:12-cv-00362-JCM-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| RALPHS GROCERY STORE dba FOOD 4 LESS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled case be dismissed with prejudice, and, that each party is to bear their own costs and attorneys' fees.

Date: 2/25/13

BRADY VORWERCK RYDER & CASPINO

By: _____
ALEXANDRA B. M<sup>c</sup>LEOD, ESQ.
Nevada Bar No. 8185
2795 East Desert Inn Rd, #200
Las Vegas, Nevada 89121
Attorney for Defendant

Date: 2/11/13

BERNSTEIN & POISSON

By: _____
JACK G. BERNSTEIN, ESQ.
Nevada Bar No. 9971
320 South Jones Blvd.
Las Vegas, Nevada 89107
Attorney for Plaintiffs

BRADY, VORWERCK, RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, Nevada 89121

584695                    1                    2:12-cv-00362-JCM-NJK
STIPULATION AND ORDER FOR DISMISSAL

## ORDER

IT IS SO ORDERED that the above entitled case is dismissed with prejudice.

DATED March 13, 2013.

*[signature: James C. Mahan]*

UNITED STATES DISTRICT COURT JUDGE

Submitted by,

BRADY, VORWERCK, RYDER & CASPINO

By *[signature]*
ALEXANDRA B. M<sup>C</sup>LEOD, ESQ.
Nevada Bar No. 8185
2795 East Desert Inn Rd, #200
Las Vegas, Nevada 89121
Attorney for Defendant

BRADY, VORWERCK,
RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, Nevada 89121

584695

2

2:12-cv-00362-JCM-NJK

STIPULATION AND ORDER FOR DISMISSAL