Alexandra B. M<sup>c</sup>Leod
Nevada Bar No. 8185
BRADY, VORWERCK, RYDER & CASPINO
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Tel:  (702) 697-6500
Fax:  (702) 697-6505

Attorneys for Defendant, Ralphs Grocery Store dba Food 4 Less

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| PHYLICIA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RALPHS GROCERY STORE dba FOOD 4 LESS,<br><br>Defendant. | Case No. 2:12-cv-00362-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled case be dismissed with prejudice, and, that each party is to bear their own costs and attorneys' fees.

Date: 2/25/13                                                          Date: 2/11/13

BRADY VORWERCK RYDER & CASPINO                  BERNSTEIN & POISSON

By: _____                                     By: _____
ALEXANDRA B. M<sup>c</sup>LEOD, ESQ.                          JACK G. BERNSTEIN, ESQ.
Nevada Bar No. 8185                                                    Nevada Bar No. 9971
2795 East Desert Inn Rd, #200                                      320 South Jones Blvd.
Las Vegas, Nevada 89121                                              Las Vegas, Nevada 89107
Attorney for Defendant                                                 Attorney for Plaintiffs

BRADY, VORWERCK, RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, Nevada 89121

584695                                                    1                                  2:12-cv-00362-JCM-NJK
STIPULATION AND ORDER FOR DISMISSAL

## ORDER

IT IS SO ORDERED that the above entitled case is dismissed with prejudice.

DATED March 13, 2013.

*[signature]*

UNITED STATES DISTRICT COURT JUDGE

Submitted by,

BRADY, VORWERCK, RYDER & CASPINO

By *[signature]*
ALEXANDRA B. M<sup>C</sup>LEOD, ESQ.
Nevada Bar No. 8185
2795 East Desert Inn Rd, #200
Las Vegas, Nevada  89121
Attorney for Defendant

BRADY, VORWERCK,
RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, Nevada 89121

584695

2

2:12-cv-00362-JCM-NJK

STIPULATION AND ORDER FOR DISMISSAL